IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| BEVERLY J. BOLTON, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CA 13-0548-C |
| BALDWIN COUNTY PUBLIC SCHOOLS,[1] | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that defendant's motion for summary judgment (Doc. 47) is **GRANTED**. The plaintiff is to have and take nothing from the defendant and her complaint, as last amended (Doc. 9), is **DISMISSED WITH PREJUDICE**.

**DONE** this the 19th day of September, 2014.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1]  The real defendant in interest is the Baldwin County Board of Education. (Doc. 47, Affidavit of Jennifer Sinclair, at ¶ 1.)